LORD ELECTRIC COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Lord Electric Co. v. City of New York*, 160 App. Div. 344, affirmed.
(Argued January 14, 1916; decided February 1, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1914, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint in an action to recover upon a contract for public work. It is conceded that the contract was completed and that all moneys due thereon have been paid except a sum reserved by the city because it claimed it was damaged in that amount by reason of two fires which occurred on the work through the carelessness of plaintiff, its agents and servants.

*Frederick Hulse* for appellant.

*Lamar Hardy, Corporation Counsel (Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.